*Mr. C. A. Spaulding*, for Relatrix.

No. 6,465.—STATE EX REL. J. E. McKENNA, RELATOR, *v.* DISTRICT COURT OF THE TENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Decided December 24, 1928.

PER CURIAM.—Relator's application for writ of supervisory control or other proper writ is denied.

*Mr. L. A. Foot*, Attorney General, for Relator.